OFFICE OF DISCIPLINARY COUNSEL *v.* WASHINGTON.

[Cite as *Disciplinary Counsel v. Washington* (1997), 78 Ohio St.3d 541.]

(No. 96–2787—Submitted February 19, 1997—Decided June 11, 1997.)

542

*Geoffrey Stern,* Disciplinary Counsel, and *Stacy Solochek,* Assistant Disciplinary Counsel, for relator.

*William T. Washington, pro se.*

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. By engaging a co-counsel without determining whether he would be able to perform his duties, respondent neglected the legal matter entrusted to him by the court. By being less than honest in his reasons for time extensions, respondent engaged in conduct prejudicial to the administration of justice.

Respondent is hereby suspended from the practice of law in Ohio for six months. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents and would publicly reprimand respondent.